UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NAVIGATORS INSURANCE COMPANY, et al.,

                        Plaintiffs,

      -against-

ZIM INTEGRATED SHIPPING SERVICES
LTD and ZIM LOGISTICS (CHINA) Co. LTD.,

                        Defendants.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/08/2025

25-CV-04324 (DEH)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      Plaintiff filed a Complaint on May 22, 2025. Plaintiff has not requested issuance of summonses from the Clerk of Court. Plaintiff is directed to file requests for issuance of summonses no later than August 21, 2025. Plaintiff shall promptly serve Defendants within 90 days of the issuance of the summonses and file proof of such service on the docket.

SO ORDERED.

SARAH NETBURN
United States Magistrate Judge

DATED:    August 14, 2025
              New York, New York